819 A.2d 1185

BENJAMIN MOORE AND COMPANY, PLAINTIFF–MOVANT, v. AETNA CASUALTY AND SURETY, DEFENDANT, AND LUMBERMAN'S MUTUAL CASUALTY, DEFENDANT–RESPONDENT..

March 28, 2003.

Leave to appeal is granted.

---

819 A.2d 1186

COMMUNITY HOSPITAL GROUP INC., T/A JFK MEDICAL CENTER, PLAINTIFF–MOVANT, v. JAY MORE, M.D., DEFENDANT–RESPONDENT.

March 28, 2003.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

---

819 A.2d 1186

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. SALVATORE GOLOTTA, DEFENDANT–RESPONDENT.

March 28, 2003.

Prior Report: 354 N.J.Super. 477, 808 A.2d 135.

Leave to appeal is granted.